IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN VAN ROY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAKHR SOFTWARE CO. (K.S.C.C.), et al.,<br><br>    Defendants | C. A. No. 11-863-LPS |

## JUDGMENT

For the reasons stated in its Memorandum Order of July 31, 2015 (D.I. 60), the Court enters the following judgment:

1.    On Counts 6 and 7 of the First Amended Complaint, the plaintiffs recover from the defendants, Sakhr Software Co. (K.S.C.C.) and Sakhr Stock, LLC, the amount of seventeen million seven hundred eighty-nine thousand thirteen and 70/100 dollars ($17,789,013.70), which includes prejudgment interest at the rate of 5.75%, plus post judgment interest at the rate of 0.33%, and costs. The liability of Sakhr Software Co. (K.S.C.C.) and Sakhr Stock, LLC, is joint and several; but Sakhr Stock, LLC shall not be liable to pay more than $13,064,622.69 of the total amount of the damages.

2.    The plaintiffs recover nothing from the defendants, Excuse Me Services, Inc. and Steven L. Skanke, and the action be dismissed as to all claims against them for failure to state a claim on which relief can be granted.

3. The plaintiffs recover nothing from the defendant, Fahad Abdullah Mohammed Abdul Rahman Al Sharekh, and the action be dismissed as to all claims against him for failure to state a claim on which relief can be granted and for lack of personal jursidiction.

4. The plaintiffs recover nothing from Sakhr Software Co. (K.S.C.C.) or Sakhr Stock, LLC, on Counts 1, 3, and 5 of the First Amended Complaint, and those claims be dismissed for failure to state a claim on which relief can be granted.

Dated: August 10, 2015

_____
Hon. Leonard P. Stark
Chief, United States District Judge